Attorneys not given.

### No. 367
#### CARL CONSTRUCTION Co. v. HUBLEY et al

Ohio Appeals, 2nd Dist., Montgomery County
No. 569. Decided Jan. 3, 1924

465. ERROR—Not to be prosecuted to an order vacating a default judgment.

BY THE COURT.

Epitomized Opinion

Published Only in Ohio Law Abstract

Default judgment was entered June 11, 1923. Within three days and during term a

## STATE COURT OF APPEALS—Continued

motion to vacate the default judgment was filed. The motion was sustained also during term. The case is still pending in the court below. Error is prosecuted to the order vacating the default judgment. A motion has been filed in this court to dismiss the proceedings in error upon the ground that there is no final judgment. This motion must be sustained upon the following authority: Continental Trust Company v. Home Fuel Company, 99 OS. 453; Higginbotham v. Atwater, 12 App. 80.

Petition in error dismissed.

Attorneys—Parker & Brooks, for Carl Co.; William H. Miller, George R. Murray, for Hubley, all of Dayton.